CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff
ANTONIO FERNANDEZ

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FERNANDEZ<br><br>    Plaintiff,<br><br>  v.<br><br>GOLDEN VALLEY PLACE, LLC, a California Limited Liability Company; HONG KONG SUPERMARKET OF MONTEREY PARK, LTD., a California Corporation<br><br>    Defendants. | Case No.: 2:21-cv-00650-RSWL-PLA<br><br>**NOTICE OF SETTLEMENT** |

The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case.

                              CENTER FOR DISABILITY ACCESS

Dated: March 28, 2021    By: /s/ Amanda Seabock
                              Amanda Seabock
                              Attorney for Plaintiff

Notice of Settlement           -1-           2:21-cv-00650-RSWL-PLA